Jeffrey J. BARMANN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42487.

Missouri Court of Appeals,
Western District.

Nov. 20, 1990.

Jeffery J. Barmann, Jefferson City, pro se.

William L. Webster, Atty. Gen., and Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and SHANGLER and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from denial of *pro se* Rule 27.26 motion for post-conviction relief following an evidentiary hearing.

Affirmed. Rule 84.16(b).